IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00980-WYD-MJW

SANDI FOLKERTS,

    Plaintiff,

v.

VIKING INSURANCE COMPANY OF WISCONSIN AND LAURA SHORES

    Defendants.

---

**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE**

---

THIS MATTER comes before the Court on the parties' Stipulation for Dismissal with Prejudice [# 12], filed July 5, 2007.  After carefully reviewing the file, I find that the stipulation should be approved.  Accordingly, it is

ORDERED that the Stipulation for Dismissal with Prejudice [# 12] is **APPROVED**.  It is

FURTHER ORDERED that this matter is **DISMISSED WITH PREJUDICE**, each party to pay his or her own costs, expenses, and attorney's fees.

Dated:  July 9, 2007

                                      BY THE COURT:

                                      s/ Wiley Y. Daniel
                                      Wiley Y. Daniel
                                      U. S. District Judge